IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00625-WDM-CBS

TRACEY SCOTT MARTIN,
    Plaintiff,
v.

W, SHERROD (Warden),
G.T. KRAUS, M.D.,
M.C. IPPOLITO, MPAC, and
HERIBERTO GARZA, FMG,
    Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Order to Show Cause filed July 21, 2006.  In light of the $25.00 payment received by the court from Plaintiff on August 10, 2006 (doc. # 21), the July 21, 2006 Order to Show Cause (doc. # 20) is hereby DISCHARGED.

    DATED at Denver, Colorado this 16th day of August, 2006.

                                BY THE COURT:

                                *s/Craig B. Shaffer*
                                United States Magistrate Judge